Rory Poole
I/m Reg. No. 72287-054
FCI McDowell
Federal Correctional Inst.
P.O. Box 1009
Welch, WV 24801

September 17, 2019

Hon. Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, NY 10007

Re: Poole v. United States
    No. 15-cr-0525 (LAK)

Your Honor: Please find enclosed a completed application + motion for leave to proceed without prepayment or costs. I am

Sincerely
Rory Poole #72287-054
Rory Poole

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RORY POOLE
(Name of Plaintiff or Petitioner)

**MOTION TO PROCEED *IN FORMA PAUPERIS*
AND SUPPORTING AFFIRMATION**

v.

UNITED STATES OF AMERICA
(Name of Defendant(s) or Respondent(s))

I, Rory Poole, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

I further declare that the responses which I have made in this affirmation below are true.

1. Are you presently employed? Yes ____ No ✓
   My Employer's Name and Address is: _____

   My **Gross Monthly Wages** are: $ _____
   If you are not presently employed, state
   Your Last Date of Employment: 12/2001
   Your Gross Monthly Wages at that time: $500.00
   Is your spouse presently employed? Yes ____ No ✓
   My Spouse's Employer's Name and Address is: _____

   My Spouse's **Gross Monthly Wages** are $ _____

2. Have you received **any money** from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ _____
   b. Rent payments, interest or dividends? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ _____
   c. Pensions, annuities, disability, or life insurance payments? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ _____
   d. Gifts or inheritances? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ _____
   e. Child Support? Yes ____ No ✓
      If yes, state **amount received** each month $ _____
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ _____
   g. Friends, Relatives or any other source? Yes ✓ No ____
      If yes, state **source** and **amount received** per month $ appx. $100.—
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
   _____

3. What is your total gross monthly income today: $ N/A
4. How much **cash** do you have on hand? $ N/A

5. How much money do you have in a **checking account(s)**? $ N/A

6. How much money do you have in a **savings account(s)**? $ 4,581.57

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE**: prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): $ 51.57

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No ✓
   If so, **describe** the property in detail and give an **estimated value** of the property: ___

   If you own property, are you paying off a **loan** or **mortgage** on it? Yes ___ No ___
   If yes where are you obtaining the money to make such payments: N/A

9. If you are not an inmate, state your **total monthly household expenses**: N/A
   Rent or mortgage $___   Food $___   Utilities $___   All other expenses $___
   If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses

10. List all of the people who are in your household and state the amount of money each one contributes to household expenses each month: N/A

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Jayori Poole (9 yr. old) Daughter

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes ___ No ✓
    If the answer is yes, please include the court and date of filing ___

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  9-16-19        Rony Poole #72287-054
             (Date)                  (Applicant's Signature)

## PRISON CERTIFICATION SECTION
(Required for Prisoner Requests Only; Prisoner Requests **Must** Have This Section Completed By Prison Official)

I certify that the movant has the sum of $ 4,631.14 on account to his/her credit at the FCI McDowell Correctional Facility where s/he is currently confined.
I further certify that the movant has the following securities to his/her credit according to the institution's records: ___

I further certify that the movant's average account balance was $ 4,330.9 during the last six months.

Signature of Authorized Officer of Institution
Print Name of Authorized Officer of Institution

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 72287054 | Current Institution: | McDowell FCI |
| Inmate Name: | POOLE, RORY | Housing Unit: | MCD-B-B |
| Report Date: | 09/16/2019 | Living Quarters: | B03-108U |
| Report Time: | 9:23:48 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4720 |
| PAC #: | 840793490 |
| Revalidation Date: | 22nd |
| FRP Participation Status: | Completed |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 6/9/2015 |
| Local Account Activation Date: | 1/25/2019 4:12:19 AM |
| Sort Codes: | |
| Last Account Update: | 9/15/2019 6:12:38 PM |
| Account Status: | Active |
| Phone Balance: | $0.17 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $20,000.00 |
| Pre-Release Deduction %: | 75% |
| Income Categories to Deduct From: | ☐ Payroll   ☑ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $4,631.14 |
| Pre-Release Balance: | $4,581.57 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

|  |  |
|---:|:---|
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $49.57 |
| National 6 Months Deposits: | $1,568.74 |
| National 6 Months Withdrawals: | $685.60 |
| Available Funds to be considered for IFRP Payments: | $1,118.74 |
| National 6 Months Avg Daily Balance: | $4,330.08 |
| Local Max. Balance - Prev. 30 Days: | $4,638.14 |
| Average Balance - Prev. 30 Days: | $4,586.08 |

## Commissary History

### Purchases

|  |  |
|---:|:---|
| Validation Period Purchases: | $39.00 |
| YTD Purchases: | $569.40 |
| Last Sales Date: | 9/11/2019 7:46:32 AM |

### SPO Information

|  |  |
|---:|:---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

|  |  |
|---:|:---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $320.00 |
| Expended Spending Limit: | $39.00 |
| Remaining Spending Limit: | $281.00 |

## Commissary Restrictions

### Spending Limit Restrictions

|  |  |
|---:|:---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A 
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**
DHO IR#3253764