UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES COURTHOUSE

NEW YORK, NEW YORK 10007

LEWIS A. KAPLAN
DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 3 2019

October 23, 2019

Rory Poole (72287-054)
FCI McDowell
P.O. Box 1009
Welch, WV 24801

Re:   Rory Poole v. United States of America, 19-CV-9774(LAK)
      United States of America v. Rory Poole, 15-CR-525(LAK)

Dear Mr. Poole:

In response to Judge Kaplan's September 9, 2019 order the Clerk's Office has opened up a civil docket number for the habeas motion contemplated in your July 21, 2019 letter. In the event you do file the motion, please include both your criminal and civil docket numbers in the caption.

Sincerely,

Andrew Mohan
Courtroom Deputy to Judge Kaplan