UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RORY POOLE,

                Movant,

    -against-                                      19-cv-9774 (LAK)
                                                      (15-cr-0525 (LAK))

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The movant filed a motion to pursuant to 28 U.S.C. § 2255 on September 9, 2019 [19-cv-9774 DI 1; 15-cr-0525 DI 81]. The government shall respond within 60 days of this order.

       SO ORDERED.

Dated:     November 8, 2019

                                                      Lewis A. Kaplan
                                            United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11/8/19]

Copies mailed 11/8/19
Chambers of Judge Kaplan